NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARTIN GARDNER REIFFIN,**
*Plaintiff-Appellant,*

**v.**

**MICROSOFT CORPORATION,**
*Defendant-Cross Appellant.*

---

2010-1334,-1391,-1392

---

Appeal from the United States District Court for the Northern District of California in Case No. 98-CV-0266, Chief Judge Vaughn R. Walker.

---

**JUDGMENT**

---

MARTIN G. REIFFIN, of Danville, California, argued for plaintiff-appellant. On the brief was JOSEPH L. SPIEGEL, Spiegel Brown Fichera & Acard, of Poughkeepsie, New York.

TODD M. SIEGEL, Klarquist Sparkman, LLP, of Portland, Oregon, argued for defendant-cross appellant. With him on the brief was JOHN D. VANDENBERG. Of counsel on the brief were ERIC L. WESENBERG, Orrick, Herrington & Sutcliffe, LLP, of Menlo Park, California and STEPHEN P. MCGRATH, Microsoft Corporation, of Redmond, Washington.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 24, 2011          /s/ Jan Horbaly
        Date                           Jan Horbaly
                                          Clerk